UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff/Respondent,

                                        Case No. 96-80876-3

v.

                                        Honorable Patrick J. Duggan

Ward Wesley Wright,

        Defendant/Petitioner.

_____/

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on January 23, 2013.

PRESENT:         THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

Presently before the court is Petitioner's request to suspend restitution/fine payments "based on the medical conditions of Petitioner that was not foreseeable at the time of sentencing . . ."

The basis for Petitioner's request is that he is "unable to work at an institution job and make the regular payments as he has done in the past." The Court has verified with the institution that Petitioner is no longer working in a job at the institution (such as Unicor) and, therefore, no monies are being withheld from his "earnings" and applied toward restitution.

2

However, the Court is advised that deposits have been made into his account (presumably from the outside), and a portion of these monies can and should be applied toward restitution – the amount to be determined at the discretion of the institution.

The Court, therefore, denies Petitioner's motion to suspend restitution/fine payments.

Furthermore, the Court directs Petitioner to make payments from funds received in an amount and as frequently as the institution believes is appropriate.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Elizabeth A. Stafford, Assistant U.S. Attorney

Ward Wesley Wright, #32005-048
U.S. Medical Center for Federal Prisoners
1900 West Sunshine Street
Springfield, MO  65807